**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **TIESHA SMITH**<br>7229 Landsdale St.<br>District Heights, MD 20747<br><br>         **Plaintiff,**<br>   vs.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>And<br><br>**SHELTON THOMAS**<br>7571 Wiregrass St.<br>Vancleave, MS 39565<br><br>         **Defendants.** | **Civil Action No.:**   19-1890 |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")**

To the Judges of the United States District Court for the District of Maryland:

1. On or about May 6, 2019, Plaintiff filed this action against WMATA in the District Court of Maryland for Prince George's County, in the case titled <u>Tiesha Smith v. WMATA and Shelton Thomas</u>, Case No. 0502-0027719-2018.

2. Defendant WMATA was served in this action on June 3, 2019.

3. The Writ of Summons, First Amended Complaint, Request for Summons, Notice of Introduction of Medical Reports and Bills, and Notice of Service Regarding Discovery filed by

1

the Plaintiff are attached as Exhibit A.   These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

    4. This case is a civil action over which the Court has original jurisdiction, pursuant to MD CODE ANN, Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

    WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the District Court of Maryland for Montgomery County be removed to this Court.

Date: June 21, 2019

          Respectfully submitted,

          WASHINGTON METROPOLITAN AREA
          TRANSIT AUTHORITY
          By counsel


          By:   */s/ Donna L. Gaffney*
               Donna L. Gaffney, #16299
               Office of the General Counsel
               600 Fifth Street, N.W.
               Washington, D.C. 20001
               202.962.2721
               202.962.2550 (fax)
               dlgaffney@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Notice of Removal** was mailed, postage prepaid, this 21st day of June, 2019 on:

Justin A. Wallace
Law Office of Justin A. Wallace
3635 Old Court Rd., Suite 201-A
Pikesville, MD 21208
*Attorney for Plaintiff*

And

Shelton Thomas
7571 Wiregrass St.
Valcleave, MS 39565
*Co-Defendant*

*/s/ Donna L. Gaffney*
Donna L. Gaffney