| | | |
|---|---|---|
| TIESHA SMITH<br>7229 Landsdale St.<br>District Heights, MD 20747 | * | IN THE |
| | * | DISTRICT COURT |
| Plaintiff | * | OF MARYLAND FOR |
| v. | * | PRINCE GEORGE'S COUNTY |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>Serve on:<br>Patricia Lee, General Counsel<br>600 Fifth St., NW<br>Washington, DC 20001 | * | |
| | * | CASE NO.: 0502-0027719-2018 |
| and | | |
| SHELTON THOMAS<br>7571 Wiregrass St.<br>Vancleave, MS 39565 | * | |
| Defendants | * | |

## FIRST AMENDED COMPLAINT

Now comes Plaintiff, Tiesha Smith, by and through her attorney, Justin A. Wallace, Esq., and sues the Defendants, Shelton Thomas and Washington Metropolitan Area Transit Authority (hereinafter "WMATA") and as reasons therefore states:

## FACTS

1. At all times relevant herein, Defendant WMATA was a quasi-governmental agency conducting business in many counties in Maryland, including Prince George's County.

2. At all times relevant herein, the operator of the WMATA vehicle was the agent, servant and/or employee of Defendant WMATA, and in that capacity conducted business in many counties in Maryland, including Prince George's County.

## COUNT I

3. On or about November 26, 2017, Plaintiff Tiesha Smith was a passenger in a motor vehicle operated by WMATA's agent, servant, and/or employee traveling on Boones Lane, at or near its intersection with Marlboro Pike.

4. At the same time and place, Defendant Shelton Thomas was operating a motor vehicle on Marlsboro Pike, at or near its intersection with Boones Lane.

5. As the vehicle operated by WMATA's agent, servant, and/or employee was traveling through the intersection of Boones Lane and Marlboro Pike, Defendant Shelton Thomas, in a negligent and careless manner, failed to stop for a red light, striking the vehicle occupied by the Plaintiff.

6. It was then and there the duty of Defendant Shelton Thomas to use due care to watch where he was driving, maintain a proper lookout, to obey the traffic laws and rules of the road of the State of Maryland, to maintain proper distance between his vehicle and the vehicle occupied by the Plaintiff, and to control his vehicle in order to avoid a collision.

7. Defendant Shelton Thomas, at all times relevant to the Plaintiff's Complaint, then and there breached that duty of due care by failing to watch where he was driving, failing to maintain a proper lookout, failing to obey traffic laws and rules of the State of Maryland, failing to maintain proper distance between his vehicle and the Plaintiff's vehicle, failing to control his vehicle in order to avoid a collision, and was otherwise negligent, careless, and reckless in respects not presently known to or ascertainable by Plaintiff..

8. As a direct and proximate result of the negligence of the Defendant, Shelton Thomas, Plaintiff Tiesha Smith has suffered and will continue to suffer in the future, physical injuries, mental anguish and property damage. Plaintiff Tiesha Smith has expended and will

continue to expend in the future, sums of money for medical care and treatment, medicines, nursing services, physical therapy, and other medical-related attention. All the above damages were directly and proximately caused by the aforementioned negligence of Defendant Shelton Thomas and were incurred without contributory negligence on the part of Plaintiff Tiesha Smith, or an opportunity for the Plaintiff to avoid the accident.

WHEREFORE, Plaintiff Tiesha Smith demands judgment against Defendant Shelton Thomas in the amount of THIRTY THOUSAND and NO/100 DOLLARS ($30,000.00) plus costs.

### COUNT II

9. The Plaintiff hereby incorporates all the allegations set forth in Paragraphs 1 – 8 of Count One of this Complaint with the same force and effect as if they were specifically set forth in detail.

10. Upon information and belief, Defendant Shelton Thomas alleges that the collision was caused by the negligence of WMATA's agent, servant, and or employee.

11. If the allegations of Defendant Shelton Thomas are to be believed, then the damages to the Plaintiff were caused by the negligence of WMATA's agent, servant, and or employee.

12. Under principles of agency and respondeat superior, Defendant WMATA is legally responsible for the negligent actions of their agent, servant, and or employee, and the resulting injuries sustained by Plaintiff Tiesha Smith as detailed in this Complaint.

WHEREFORE, Plaintiff Tiesha Smith, demands judgment against Defendant WMATA in the amount of THIRTY THOUSAND and NO/100 DOLLARS ($30,000.00) plus costs.

Respectfully submitted,

/s/ Justin Wallace
Justin A. Wallace
Law Office of Justin A. Wallace
1017 N. Calvert Street
Baltimore, Maryland 21202
(410) 759-8320
Attorney for Plaintiff